**JOHN F RYAN, ESQ.**  320 8ᵀᴴ AVE. SUITE 2R
BROOKLYN, NY 11215
TEL. 718-938-7620
john.ryan@johnfryancounseloratlaw.com

February 25, 2025

**VIA ECF**
The Honorable Margaret M Garnett
United States District Court Judge
USDC SDNY
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2025
```

Re: Floyd Peterson Co.
   V.
   Mediterranean Shipping Co. SA. d/b/a MSC
   And Seafrigo USA, Inc.

   24-cv-09511(MMG)

Dear Judge Garnett:

I represent plaintiff in the captioned action.

I write today to request that both the February 25, 2025 deadline for counsels' filing a joint letter, to which a Civil Case Management Plan and Scheduling Order be attached and the Court Conference scheduled for March 4, 2025 at 9:30 a.m. be adjourned.

The reason for this request is that the Defendants have not yet been served as a result of an oversight by my office. I am in the process of

having the defendants served. I anticipated that service shall be accomplished by the end of the week of March 3, 2025.

Anticipating that service of process on both Defendants will be completed by March 7, 2025 I request that the scheduled dates be adjourned for sixty (60) days. Our request is to move the dates to April 25, 2025 (counsels' joint letter) and May 6, 2025 ( Court conference).

This is our first request for an adjournment or extension.

The Court's consideration of and attention to this request is greatly appreciated.

Respectfully submitted,

John F Ryan

> Application GRANTED. The Initial Pretrial Conference scheduled for March 4, 2025, shall be ADJOURNED to **Tuesday, May 6, 2025, at 9:30 a.m.** The conference shall be held in person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007. The parties' joint letter and proposed Civil Case Management Plan shall be due **April 29, 2025**.
>
> Counsel is advised that requests for extensions of time or adjournments must be made at least two business days prior to the relevant date(s) or deadline(s), pursuant to the Court's Individual Rules & Practices. Future untimely requests may be denied on that basis alone.
>
> The Clerk of Court is respectfully directed to terminate Dkt. No. 9.
>
> SO ORDERED. Date: 2/25/2025.
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE